UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ADAM MANN,<br><br>       Petitioner,<br><br>  -against-<br><br>SUPERINTENDENT,<br><br>       Respondent. | 20-CV-10223 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 3, 2021, dismissing the petition,

  IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 3, 2021
    New York, New York

                     _Louis L. Stanton_
                       Louis L. Stanton
                         U.S.D.J.